UST-32, 3-03

DAVID A. BIRDSELL
Bankruptcy Trustee
216 N CENTER ST
MESA, AZ 85201
(480) 644-1080

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
|  | ) |  |
| PAPAKYRIAKOU, ALEXANDER | ) | CASE NO. 11-bk-00003-BMW |
| PAPAKYRIAKOU, ROXANE J | ) |  |
|  | ) |  |
|  | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
|  | ) | U.S. BANKRUPTCY COURT |

DAVID A. BIRDSELL, Trustee, reports that the following dividend checks have been issued and not presented for payment, and returned by USPS as undeliverable.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1092 | 6/8/16 | THEODORE WORTRICH<br>C/O ROSHKA DEWULF &<br>PATTEN PLC<br>400 E. VAN BUREN ST., STE 800<br>PHOENIX, AZ 85004 | $21,499.63 |
| 1017 | 6/8/16 | SMS FINANCIAL XX, LLC<br>2645 N. 7TH AVE.<br>PHOENIX, AZ 85007 | $9,409.59 |
| 1016 | 6/8/16 | SMS FINANCIAL, LLC<br>2645 N. 7TH AVENUE<br>PHOENIX, AZ 85007 | $6,878.84 |
| 1040 | 6/8/16 | PAULINA A. COHEN<br>C/O MITCHELL & ASSOCIATES<br>1850 N. CENTRAL AVE., STE 2030<br>PHOENIX, AZ 85004 | $644.72 |
| 1030 | 6/8/16 | MARTIN A. MOSS, CPA<br>C/O MITCHELL & ASSOCIATES<br>1850 N. CENTRAL AVE., STE 2030<br>PHOENIX, AZ 85004 | $1,833.04 |
| 1054 | 6/8/16 | RONALD J. LASCOE<br>C/O MITCHELL & ASSOCIATES<br>1850 N. CENTRAL AVE., STE 2030<br>PHOENIX, AZ 85004 | $1,295.88 |
| 1039 | 6/8/16 | MARC D. COHEN<br>C/O MITCHELL & ASSOCIATES | $1,450.47 |

| | | | |
|---|---|---|---:|
| | | 1850 N. CENTRAL AVE., STE 2030 | |
| | | PHOENIX, AZ 85004 | |
| <u>1022</u> | 6/8/16 | LENORE SCHUPAK AS TRUSTEE | $96,608.83 |
| | | SHUPAK PARTNERS 1 | |
| | | BURCH & CHACCHIOLO, P.A. | |
| | | HOWARD C. MEYERS | |
| | | P.O. BOX 16882 | |
| | | PHOENIX, AZ 85011 | |
| <u>1038</u> | 6/8/16 | MARC D. COHEN | $90.81 |
| | | C/O MITCHELL & ASSOCIATES | |
| | | 1850 N. CENTRAL AVE., STE 2030 | |
| | | PHOENIX, AZ 85004 | |
| <u>1055</u> | 6/8/16 | ANNIE LASCOE | $42.57 |
| | | C/O MITCHELL & ASSOCIATES | |
| | | 1850 N. CENTRAL AVE., STE 2030 | |
| | | PHOENIX, AZ 85004 | |
| <u>1046</u> | 6/8/16 | STUART I. FOLINSKY | $676.32 |
| | | C/O MITCHELL & ASSOCIATES | |
| | | 1850 N. CENTRAL AVE., STE 2030 | |
| | | PHOENIX, AZ 85004 | |
| <u>1045</u> | 6/8/16 | ROBERT W. MULEIN | $228.13 |
| | | C/O MITCHELL & ASSOCIATES | |
| | | 1850 N. CENTRAL AVE., STE 2030 | |
| | | PHOENIX, AZ 85004 | |
| <u>1044</u> | 6/8/16 | BURTON SCHNIEROW | $908.05 |
| | | C/O MITCHELL & ASSOCIATES | |
| | | 1850 N. CENTRAL AVE., STE 2030 | |
| | | PHOENIX, AZ 85004 | |
| <u>1042</u> | 6/8/16 | ROBERT H. LICHT | $9,844.46 |
| | | C/O MITCHELL & ASSOCIATES | |
| | | 1850 N. CENTRAL AVE., STE 2030 | |
| | | PHOENIX, AZ 85004 | |
| <u>1034</u> | 6/8/16 | CONSTANZA COHEN | $302.68 |
| | | C/O MITCHELL & ASSOCIATES | |
| | | 1850 N. CENTRAL AVE., STE 2030 | |
| | | PHOENIX, AZ 85004 | |
| <u>1033</u> | 6/8/16 | JILL A. HYMAN, THE JILL | $192.66 |
| | | HYMAN LIVING TRUST | |
| | | C/O MITCHELL & ASSOCIATES | |
| | | 1850 N. CENTRAL AVE., STE 2030 | |
| | | PHOENIX, AZ 85004 | |
| <u>1037</u> | 6/8/16 | ISABELLA G. COHEN | $705.26 |
| | | C/O MITCHELL & ASSOCIATES | |
| | | 1850 N. CENTRAL AVE., STE 2030 | |
| | | PHOENIX, AZ 85004 | |
| <u>1032</u> | 6/8/16 | THE HENRY & MIRIAM MOSS | $39.02 |
| | | CHILD TRUST | |
| | | C/O MITCHELL & ASSOCIATES | |
| | | 1850 N. CENTRAL AVE., STE 2030 | |
| | | PHOENIX, AZ 85004 | |
| <u>1043</u> | 6/8/16 | ALAN LICHT & PHYLLIS LICHT | $6,864.21 |

|       |        | C/O MITCHELL & ASSOCIATES<br>1850 N. CENTRAL AVE., STE 2030<br>PHOENIX, AZ 85004 |            |
|-------|--------|---|---|
| 1029  | 6/8/16 | JANA L. MCCLINTOCK<br>C/O MITCHELL & ASSOCIATES<br>1850 N. CENTRAL AVE., STE 2030<br>PHOENIX, AZ 85004 | $1,820.95 |
| 1035  | 6/8/16 | ESTHER COHEN<br>C/O MITCHELL & ASSOCIATES<br>1850 N. CENTRAL AVE., STE 2030<br>PHOENIX, AZ 85004 | $588.42 |
| 1031  | 6/8/16 | MARTIN A. MOSS<br>C/O MITCHELL & ASSOCIATES<br>1850 N. CENTRAL AVE., STE 2030<br>PHOENIX, AZ 85004 | $845.24 |
| 1041  | 6/8/16 | LISA A. LICHT<br>C/O MITCHELL & ASSOCIATES<br>1850 N. CENTRAL AVE., STE 2030<br>PHOENIX, AZ 85004 | $2,248.71 |
| 1050  | 6/8/16 | ROGER WORTSMAN & JUDY WORTSMAN<br>C/O MITCHELL & ASSOCIATES<br>1850 N. CENTRAL AVE., STE 2030<br>PHOENIX, AZ 85004 | $151.34 |
| 1049  | 6/8/16 | JUDITH B. KAYE<br>C/O MITCHELL & ASSOCIATES<br>1850 N. CENTRAL AVE., STE 2030<br>PHOENIX, AZ 85004 | $1,561.73 |
| 1048  | 6/8/16 | JEFFREY BERNSTEIN & SUSAN BERNSTEIN<br>C/O MITCHELL & ASSOCIATES<br>1850 N. CENTRAL AVE., STE 2030<br>PHOENIX, AZ 85004 | $463.83 |
| 1047  | 6/8/16 | FRANKLIN NIVER & JUDITH NIVER<br>C/O MITCHELL & ASSOCIATES<br>1850 N. CENTRAL AVE., STE 2030<br>PHOENIX, AZ 85004 | $1,622.03 |
| 1053  | 6/8/16 | RONALD J. LASCOE MDM TRUST<br>C/O MITCHELL & ASSOCIATES<br>1850 N. CENTRAL AVE., STE 2030<br>PHOENIX, AZ 85004 | $42.57 |
| 1051  | 6/8/16 | ALVIN D. HARRIS<br>C/O MITCHELL & ASSOCIATES<br>1850 N. CENTRAL AVE., STE 2030<br>PHOENIX, AZ 85004 | $523.58 |
| 1052  | 6/8/16 | LAURA LASCOE<br>C/O MITCHELL & ASSOCIATES<br>1850 N. CENTRAL AVE., STE 2030<br>PHOENIX, AZ 85004 | $42.57 |

*June 27, 2016*  /s/ *David A. Birdsell*
    DATE                                      David A. Birdsell, Trustee